IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZIKEEF ANDERSON | : | CIVIL ACTION |
| v. | : | |
| CYNTHIA L. LINK, et al. | : | NO. 16-1411 |

ORDER

WENDY BEETLESTONE, J.

FILED
SEP - 2 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

AND NOW, this 31st day of August, 2016, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DISMISSED AS UNEXHAUSTED, without prejudice to refiling after exhaustion of the claim raised therein.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
WENDY BEETLESTONE, J.